No. 4741.—Pueblo, apldo., v. Carreras, apltc.—C. D. Humacao. Junio 3, 1932.

Por cuanto, aunque el apelante en su alegato suscita algunas dudas sobre la veracidad de los testigos del Gobierno, sin embargo, nada hay en los autos que nos convenza de que la corte inferior no tenía derecho a creer la evidencia tendente a demostrar que el acusado arrojó dentro de una tienda una pistola que portaba; y este Tribunal tampoco puede decir que la corte inferior erró al no dar crédito a los testigos de la Defensa que afirmaron que la pistola era propiedad del dueño de la tienda en que aquélla se encontró;

Por tanto, debemos *confirmar*, y por la presente *confirmamos*, la sentencia apelada que dictó la Corte de Distrito de Humacao con fecha 3 de noviembre de 1931, en el caso arriba expresado.

No. 4724.—Pueblo, apldo., v. Soto, apltc.—C. D. Aguadilla. Junio 8, 1932.

(Por la corte, a propuesta del Juez Asociado Sr. Hutchison.)

Visto el caso con la sola asistencia del fiscal; examinado el alegato del apelante; siendo las únicas cuestiones presentadas cuestiones de hecho; y no apareciendo error manifiesto alguno en la apreciación de la prueba hecha por el juez sentenciador al resolver el conflicto en contra del acusado, se confirma la sentencia apelada que dictó la Corte de Distrito de Aguadilla en 4 de marzo de 1931.

No. 4733.—Pueblo, apldo., v. Soto, apltc.—C. D. Aguadilla. Junio 8, 1932.

(Por la corte, a propuesta del Juez Asociado Sr. Hutchison.)

Visto el caso con la sola asistencia del fiscal; examinado el alegato del apelante; siendo las únicas cuestiones presentadas cuestiones de hecho; y no apareciendo error manifiesto alguno en la apreciación de la prueba hecha por el jurado al resolver el conflicto en contra del acusado, se confirma la sentencia apelada que dictó la Corte de Distrito de Aguadilla en 4 de marzo de 1931.